# Court of Appeals
# of the State of Georgia

ATLANTA,___May 09, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A1614.  UBI O. OKIM et al. v. FEDERAL HOME LOAN MORTGAGE CORPORATION.

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, Ubi O. Okim and "all other residents" appealed the magistrate court's decision to the superior court, which affirmed.  Okim then filed various documents, including an "Affidavit of Illegality" and a "Counteraffidavit of Writ of Possession."  The superior court ruled that those filings were null and void and declined to grant any relief to Okim.  Okim then appealed directly to this Court.  We, however, lack jurisdiction.

Because the order at issue arises from a de novo appeal from a magistrate court decision, Okim was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.[1]

---

[1] In her notice of appeal, Okim indicates that she also intends to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/09/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*